IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| McKENZIE POLLOCK & ELLEN CLARK, *on behalf of themselves and others similarly situated*, | : : : : |
| Plaintiff, | : : |
| v. | : : : |
| DUPONT SPECIALTY PRODUCTS USA, LLC, *et al.* | : : : |
| Defendant. | : |

Case No. 2:23-cv-1937

Chief Judge Algenon L. Marbley
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before this Court on the parties' Joint Motion to Stay Proceedings Pending Mediation. (ECF No. 30). The parties request that this matter be stayed, including all pleadings deadlines, until January 16, 2024 in order to gather and exchange information regarding the claims and defenses, and then proceed to a mediation to attempt to resolve the lawsuit. (*Id.* at 1–2). The parties represent that they will partake in good-faith discovery and mediation, and that staying the current deadlines until after the mediation will serve the goals of judicial economy and efficiency. (*Id.* at 2). Neither side will be prejudiced by the stay.

For good cause shown, the joint motion is hereby **GRANTED**. (ECF No. 30). This case is **STAYED** until January 16, 2024. Further, the parties are **ORDERED** to file a joint status report **on or before January 16, 2024,** to inform the Court if mediation was successful or, in the alternative, to provide a proposed schedule for the remainder of the case.

IT IS SO ORDERED.

DATE: October 12, 2023

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE