## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **MCKENZIE POLLOCK & ELLEN CLARK**, on behalf of themselves and others similarly situated, | : : : | **CASE NO. 2:23-cv-1937** |
| | : | |
| Plaintiff, | : : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| | : | |
| v. | : : | **MAGISTRATE JUDGE ELIZABETH A. PRESTON DEAVERS** |
| | : | |
| **DUPONT SPECIALTY PRODUCTS USA, LLC, et al.** | : : : | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | : | |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal of this action, in its entirety, without prejudice. The Parties are discussing settlement. Depending on the results of those negotiations, the Parties will either seek approval of that settlement in a court of competent jurisdiction or continue the litigation.

Respectfully Submitted,

**NILGES DRAHER LLC**

/s/ Hans A. Nilges
Hans A. Nilges (OH Bar 0076017)
7034 Braucher Street NW, Suite B
North Canton, OH 44720
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
hnilges@ohlaborlaw.com

Matthew Coffman (0085586)
Adam C. Gedling (0085256)
Keslie N. Hendren (0100041)
Tristan T. Akers (0102298)
COFFMAN LEGAL, LLC
1550 Old Henderson Road, Suite 126
Columbus, Ohio 43220
Telephone: (614) 949-1181
Facsimile: (614) 386-9964
mcoffman@mcoffmanlegal.com

**JACKSON LEWIS P.C.**

/s/ Eric R. Magnus  (with permission)
Eric R. Magnus (admitted pro hac vice)
1155 Peachtree Street NE, Suite 1000
Atlanta, GA 30309-3600
Telephone: 404-525-8200
magnuse@jacksonlewis.com

Alessandro Botta Blondet (098955)
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
Telephone: (513) 898-0050
Facsimile: (513) 989-0051
Alessandro.bottablondet@jacksonlewis.com

Yedidyah Charmer (admitted pro hac vice)
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
Telephone: (410) 415-2000

agedling@mcoffmanlegal.com
khendren@mcoffmanlegal.com
takers@mcoffmanlegal.com

*Attorneys for Representative Plaintiffs and those similarly situated.*

Facsimile: (410) 415-2001
Ted.charner@jacksonlewis.com

*Attorneys for Defendants DuPont Specialty Products USA, LLC and DuPont de Nemours, Inc.*

*/s/ Richard A. Millisor*
Richard A. Millisor (0062883)
Fisher & Phillips LLP
200 Public Square, Suite 4000
Cleveland, Ohio 44114
(440) 838-8800 - Telephone
(440) 838-8805 - Facsimile
rmillisor@fisherphillips.com

*Attorney for Defendant On-Board PMO Corporation*